**FILED**
May 14, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14MJ00107-AC-1 |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| ROGER WALLACE BARTLETT, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   ROGER WALLACE BARTLETT  , Case No.  2:14MJ00107-AC-1  , Charge   18USC § 2422(b)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　　__   Release on Personal Recognizance

　　　　✔   Bail Posted in the Sum of $ 150,000.00

　　　　　　✔   Unsecured Appearance Bond

　　　　　　__   Appearance Bond with 10% Deposit

　　　　　　__   Appearance Bond with Surety

　　　　　　__   Corporate Surety Bail Bond

　　　　✔   (Other)   Pretrial conditions as stated on the record.

The defendant shall be released on 5/15/2014 @ 9:00 a.m. to the pretrial services officer

Issued at  Sacramento, CA   on  May 14, 2014  at  2:30 pm  .

　　　　　　　　　　　　　　By   /s/ Allison Claire/s/ Allison Claire
　　　　　　　　　　　　　　　　 Allison Claire
　　　　　　　　　　　　　　　　 United States Magistrate Judge

Copy 2 - Court